```
 1  GEORGE S. CARDONA
    Acting United States Attorney
 2  LEON W. WEIDMAN
    Assistant United States Attorney
 3  Chief, Civil Division
    GARY PLESSMAN
 4  Assistant United States Attorney
    Chief, Civil Fraud Section
 5  SUSAN R. HERSHMAN
    Assistant United States Attorney
 6  Deputy Chief, Civil Fraud Section
    SHANA T. MINTZ
 7  Assistant United States Attorney
    California Bar Number:  175147
 8      Federal Building, Room 7516
        300 North Los Angeles Street
 9      Los Angeles, California 90012
        Telephone: (213) 894-4756
10      Facsimile: (213) 894-2380
        shana.mintz@usdoj.gov
11
    Attorneys for the
12  United States of America
```

FILED 2009 OCT 23 PM 3:06 CLERK, U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. RIVERSIDE BY ___

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| **United States of America** ex rel. Mary Begole,<br><br>     Plaintiff,<br><br>           v.<br><br>**Ingrid E. Trenkle, M.D.; and Does 1 through 50,**<br><br>     Defendants. | Case No. EDCV 06-1104 VAP (OPx)<br><br>**UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION**<br><br>[FILED UNDER SEAL pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) & (3)]<br><br>[[PROPOSED] ORDER LODGED UNDER SEAL CONCURRENTLY HEREWITH] |

1  Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B),
2  the United States of America ("United States") hereby notifies
3  the Court of its decision not to intervene in this action.
4      Although the United States declines to intervene at this
5  time, the United States respectfully refers the Court to
6  31 U.S.C. § 3730(b)(1), which allows the relator to maintain the
7  action in the name of the United States, provided that the
8  "action may be dismissed only if the court and the Attorney
9  General give written consent to the dismissal and their reasons
10 for consenting."
11     The United States also has the right to a hearing on
12 objections to any settlement or dismissal of the action. *See*
13 *United States ex rel. Green v. Northrop Corp.*, 59 F.3d 953, 959
14 (9th Cir. 1995); *United States ex rel. Killingsworth v. Northrop
15 Corp.*, 25 F.3d 715, 724-25 (9th Cir. 1994).
16     Therefore, the United States requests that, should the
17 relator and/or the defendants propose that this action be
18 dismissed, settled, or otherwise discontinued, this Court solicit
19 the written consent of the United States and provide the United
20 States with notice and an opportunity to be heard, before the
21 Court rules or grants its approval.
22     Pursuant to 31 U.S.C. § 3730(c)(3), the United States also
23 requests that the parties serve all pleadings and motions filed
24 in this action, including supporting memoranda, upon the United
25 States, through its undersigned counsel. The United States also
26 requests that orders issued by the Court be sent to the
27 undersigned counsel for the United States. The United States
28 ///

reserves its right to order any deposition transcripts and to intervene in this action, for good cause, at a later date.

Finally, the United States requests that, of the papers filed or lodged to date with the Court in this action, only the Complaint, this Notice, and the Court's Order thereon be unsealed and served upon the defendants. All other contents of the Court's file in this matter filed or lodged to date should remain under seal and not be made public or served upon the defendants.

A proposed order accompanies this notice.

Dated: October 23, 2009

Respectfully submitted,

GEORGE S. CARDONA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
GARY PLESSMAN
Assistant United States Attorney
Chief, Civil Fraud Section
SUSAN R. HERSHMAN
Assistant United States Attorney
Deputy Chief, Civil Fraud Section

_____
SHANA T. MINTZ
Assistant United States Attorney
Attorneys for the
United States of America

3