William L. Buus (SBN 180059)
Eric M. Schiffer (SBN 179695)
Leslie F. Vandale (SBN 238823)
SCHIFFER & BUUS, APC
4675 MacArthur Court, Suite 590
Newport Beach, California 92660
Telephone:  (949)825-6140
Facsimile:   (949)825-6141
Email:        eschiffer@schifferbuus.com

Attorneys for Plaintiff
MARY BEGOLE

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. Mary Begole,<br><br>          Plaintiff,<br>     vs.<br><br>INGRID E. TRENKLE, M.D.; INGRID E. TRENKLE, M.D., INC.; and DOES 1 through 50,<br><br>          Defendants. | Case No.: EDCV 06-1104 VAP (OPX)<br><br>[PROPOSED] JOINT STATEMENT OF THE CASE<br><br>Trial Date:  November 1, 2011<br>Trial Time:  8:30 a.m.<br>Courtroom:  2 |

Plaintiff Mary Begole claims that Defendants Ingrid Trenkle and Ingrid E. Trenkle, M.D., Inc. violated the federal False Claims Act by presenting or causing to be presented medical claims for payment to the United States, including Medicare, knowing that such claims were false or fraudulent.  Specifically, Plaintiff Mary Begole alleges that information included in the medical claims was falsified so that Medicare or other health care programs would pay for medical treatments that were not medically necessary and not covered by Medicare or other health care programs.  Plaintiff Mary Begole also claims that, after she notified the United States of the alleged presentation of false or fraudulent claims, that Defendants Ingrid Trenkle and Ingrid E. Trenkle, M.D. retaliated against Plaintiff

Mary Begole by terminating her employment. Plaintiff Mary Begole also claims that this termination was in violation of public policy. Finally, Plaintiff Mary Begole claims that Defendants Ingrid Trenkle and Ingrid E. Trenkle, M.D., Inc. breached an employment contract by failing pay Plaintiff Mary Begole what she was owed for physician services she rendered to defendants.

Defendants Ingrid Trenkle and Ingrid E. Trenkle, M.D., Inc. deny all of Plaintiff's claims. It is the position of the Defendants that all of the claims submitted by Dr. Trenkle to the Medicare or other federal health care programs were medically necessary, covered by the Medicare or other federal health care programs, and provided as Dr. Trenkle claimed they were. Defendants therefore allege that these claims, by definition, are not false or fraudulent and that they did not violate the False Claims Act. Defendants also claim that Plaintiff's additional retaliation allegations are unsupportable because Defendants did not know that Plaintiff was reporting her to the government for allegedly submitting false claims and Plaintiff was never an employee of Defendants in the first place. Finally, Defendants allege they never entered into an employment contract with Plaintiff and that Plaintiff was an independent contractor instead.

DATED: October 17, 2011                SCHIFFER & BUUS, APC

                                       By: /s/ William L. Buus                .
                                           WILLIAM L. BUUS
                                           ERIC M. SCHIFFER
                                           LESLIE F. VANDALE
                                       Attorneys for Plaintiff Mary Begole

DATED: October 17, 2011                DILWORTH PAXSON LLP

                                       By: /s/ Mark A. Wachlin                .
                                           MARK A. WACHLIN
                                           DAVID M. LAIGAIE
                                       Attorneys for Defendants Ingrid E.
                                       Trenkle, M.D. and Ingrid E. Trenkle,
                                       M.D., Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

**CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2011, I electronically filed the foregoing [PROPOSED] JOINT STATEMENT OF THE CASE with the Clerk of the Court using ECF which will send notification and a copy of such filing to the following persons:

Shana T. Mintz
AUSA
300 North Los Angeles Street, Room 7516
Los Angeles, CA 90012
Tel: (213) 894-4756
Email: usacac.civil.usdoj.gov

Jefferey B. Lurner
LAW OFFICES OF JEFFEREY B. LURNER, APC
114 Pacifica, Suite 250
Irvine, CA 92618
Tel: (949) 640-4321
Email: jlurner@email.com

David M. Laigaie
Mark A. Wachlin
DILWORTH PAXSON LLP
1500 Market Street, Suite 3500E
Philadelphia, PA 19102
Tel: (215) 575-7195
Email: dlaigaie@dilworthlaw.com; mwachlin@dilworthlaw.com

Executed on October 17, 2011, at Newport Beach, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ *William L. Buus*          .
William L. Buus