JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. Mary Begole,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>INGRID E. TRENKLE, M.D.; INGRID E. TRENKLE, M.D., INC.; and DOES 1 through 50,<br><br>　　　　　　Defendants. | Case No.: EDCV 06-1104 VAP (OPX)<br><br>JUDGMENT ON SPECIAL VERDICT |

　　　The above-captioned action came regularly for trial by jury commencing on November 1, 2011 and concluding on November 9, 2011. Plaintiff MARY BEGOLE appeared and was represented by her attorneys William L. Buus and Lana J. Feldman of Schiffer & Buus APC, and Defendants INGRID E. TRENKLE, M.D. and INGRID E. TRENKLE, M.D., INC. appeared and was represented by their attorneys Jefferey B. Lurner of the Law Offices of Jefferey B. Lurner, APC and David M. Laigaie of Dilworth Paxson LLP. A jury of eight persons was duly impaneled and sworn, witnesses testified and documentary evidence was introduced and received into evidence, and after being duly instructed by the Court, the jury deliberated and thereon duly returned the following special verdict:

///

"We, the jury, answer the questions submitted to us as follows:

## "FALSE CLAIMS ACT

"**Question 1**: Did Defendants present or cause to be presented a claim or claims to an officer or employee of the United States that was false or fraudulent? Please answer 'Yes' or 'No' as to each defendant.

"Ingrid Trenkle                  Yes _X_    No_____

"Ingrid E. Trenkle, M.D., Inc.   Yes _X_    No_____

"If you answered Question 1 'Yes' as to any Defendant, then answer Question 2. If you answered 'No' as to both Defendants, skip to and answer Question 6.

"**Question 2**: Did Defendants know that the claim(s) was false or fraudulent when presented? Please answer 'Yes' or 'No' only as to each defendant for which you answered 'Yes' in Question 1.

"Ingrid Trenkle                  Yes _X_    No_____

"Ingrid E. Trenkle, M.D., Inc.   Yes _X_    No_____

"If you answered Question 2 'Yes' as to any Defendant, then answer Question 3. If you did not answer 'Yes' as to any Defendant, skip to and answer Question 6.

"**Question 3**: Did Defendants present or cause to be presented the claim(s) for the purpose of getting the false or fraudulent claim(s) paid or approved by the Government? Please answer 'Yes' or 'No' only as to each defendant for which you answered 'Yes' in Question 2.

"Ingrid Trenkle                  Yes _X_    No_____

"Ingrid E. Trenkle, M.D., Inc.   Yes _X_    No_____

"If you answered Question 3 'Yes' as to any Defendant, then answer Question 4. If you did not answer 'Yes' as to any Defendant, skip to and answer Question 6.

"**Question 4**: What, if any, is the amount the Government paid out by

reason of the false or fraudulent claim(s) over and above what it would have paid if the claim(s) would have been truthful? $6,750

"Please answer Question 5.

"**Question 5**: What, if any, is the amount of civil penalties to be assessed for violation of the False Claims Act?

"Ingrid Trenkle                $90,000

"Ingrid E. Trenkle, M.D., Inc.  $90,000

"Please answer Question 6.

## "RETALIATION AND TERMINATION OF EMPLOYMENT IN VIOLATION OF PUBLIC POLICY

"**Question 6**: Was Plaintiff Mary Begole employed by Defendants? Please answer 'Yes' or 'No' as to each Defendant.

"Ingrid Trenkle                Yes_X_   No_____

"Ingrid E. Trenkle, M.D., Inc.  Yes_X_   No_____

"If you answered Question 6 'Yes' as to any Defendant, then answer Question 7. If you answered 'No' as to both Defendants, skip to and answer Question 13.

"**Question 7**: Did Plaintiff Mary Begole notify the United States of the alleged submission of false or fraudulent claim(s) to the United States by Defendants Ingrid Trenkle and Ingrid E. Trenkle, M.D. Inc.? Please answer 'Yes' or 'No.'

"Yes_X_   No_____

"If you answered Question 7 'Yes,' then answer Question 8. If you answered 'No,' skip to and answer Question 13.

"**Question 8**: Did Defendant Ingrid E. Trenkle or Defendant Ingrid E. Trenkle, M.D., Inc., discharge or retaliate against Plaintiff Mary Begole? Please answer 'Yes' or 'No' only as to any Defendant for which you answered 'Yes' in Question 6.

"Ingrid Trenkle                    Yes_X___   No_____

"Ingrid E. Trenkle, M.D., Inc.  Yes_X___   No_____

"If you answered Question 8 'Yes' as to any Defendant, then answer Question 9. If you did not answer 'Yes' as to any Defendant, skip to and answer Question 13.

"**Question 9**: Was Plaintiff Mary Begole's notification to the United States of the alleged submission of a false or fraudulent claim(s) a motivating reason for the discharge of or retaliation against Plaintiff Mary Begole? Please answer 'Yes' or 'No.'

"Yes_X___   No_____

"If you answered Question 9 'Yes,' then answer Question 10. If you answered 'No,' skip to and answer Question 13.

"**Question 10**: Was Plaintiff Mary Begole harmed by the decision to discharge or retaliate against her? Please answer 'Yes' or 'No.'

"Yes_X___   No_____

"If you answered Question 10 'Yes,' then answer Question 11. If you answered 'No,' skip to and answer Question 13.

"**Question 11**: Was the discharge of or retaliation against Plaintiff Mary Begole a substantial factor in causing Plaintiff Mary Begole's harm? Please answer 'Yes' or 'No.'

"Yes_X___   No_____

"If you answered Question 11 'Yes,' then answer Question 12. If you answered 'No,' skip to and answer Question 13.

"**Question 12**: What, if any, is the amount of damages Plaintiff Mary Begole suffered as a result of the decision to discharge her or retaliate against her? $900,000

"Answer Question 13.

///

4

JUDGMENT ON SPECIAL VERDICT

## "BREACH OF CONTRACT"

"**Question 13**: Did Plaintiff Mary Begole and Defendants enter into a contract? Please answer 'Yes' or 'No' as to each Defendant.

"Ingrid Trenkle                Yes _X_    No _____

"Ingrid E. Trenkle, M.D., Inc.    Yes _X_    No _____

"If you answered Question 13 'Yes' as to any Defendant, then answer Question 14. If you answered 'No' as to both Defendants, please have the presiding juror sign and date this form.

"**Question 14**: Did Plaintiff Mary Begole do all, or substantially all, of the significant things that the contract required her to do? Please answer 'Yes' or 'No.'

"Yes _X_    No _____

"If you answered Question 14 'Yes,' then answer Question 15. If you answered 'No,' please have the presiding juror sign and date this form.

"**Question 15**: Did all conditions required by the contract for Defendants' performance occur? Please answer 'Yes' or 'No' only as to each Defendant for which you answered 'Yes' in Question 13.

"Ingrid Trenkle                Yes _X_    No _____

"Ingrid E. Trenkle, M.D., Inc.    Yes _X_    No _____

"If you answered Question 15 'Yes' as to any Defendant, then answer Question 16. If you did not answer 'Yes' as to any Defendant, please have the presiding juror sign and date this form.

"**Question 16**: Did Defendants fail to do something that the contract required them to do? Please answer 'Yes' or 'No' only as to each Defendant for which you answered 'Yes' in Question 15.

"Ingrid Trenkle                Yes _X_    No _____

"Ingrid E. Trenkle, M.D., Inc.    Yes _X_    No _____

"If you answered Question 16 'Yes' as to any Defendant, then answer

Question 17. If you did not answer 'Yes' as to any Defendant, please have the presiding juror sign and date this form.

"**Question 17**: Was Plaintiff Mary Begole harmed by that failure? Please answer 'Yes' or 'No.'

"Yes_X_   No_____

"If you answered Question 17 'Yes,' then answer Question 18. If you answered 'No,' please have the presiding juror sign and date this form.

"**Question 18**: What, if any, is the amount of damages Plaintiff Mary Begole suffered as a result of the breach of contract? $259,783.00

"Please have the presiding juror sign and date this form.

"DATED: 11/9/11                              /s/ [name redacted]
                                              "Presiding Juror"

It appearing that by reason of those special verdicts, Plaintiff Mary Begole and the United States of America are entitled to judgment against Defendants Ingrid E. Trenkle, M.D. and Ingrid E. Trenkle, M.D., Inc. for damages and costs as follows;

NOW THEREFORE, IT IS ADJUDGED, ORDERED, AND DECREED that the United States of America recover from Defendants Ingrid E. Trenkle, M.D. and Ingrid E. Trenkle, M.D., Inc. the sum of $200,250.00, which represents the damages and penalties as determined by the jury; such damages ($6,750) having been trebled under 31 U.S.C. § 3729(a)(1), in connection with the claims for False Claims Act violations under 31 U.S.C. § 3729(a)(1)(A), (B);

IT IS FURTHER ADJUDGED, ORDERED, AND DECREED that Plaintiff Mary Begole recover from Defendants Ingrid E. Trenkle, M.D. and Ingrid E. Trenkle, M.D., Inc. the sum of $1,800,000.00, which represents Plaintiff Mary Begole's damages as determined by the jury, such damages having been doubled under 31 U.S.C. §3730(h)(2), in connection with her claims for retaliatory

1  termination of employment in violation of 31 U.S.C. §3730(h), wrongful
2  termination of employment in violation of California Labor Code §1102.5, and
3  wrongful termination of employment in violation of public policy;

4   IT IS FURTHER ADJUDGED, ORDERED, AND DECREED that Plaintiff Mary Begole recover from Defendants Ingrid E. Trenkle, M.D. and Ingrid E. Trenkle, M.D., Inc. the sum of $259,783.00, which represents Plaintiff Mary Begole's damages as determined by the jury in connection with her claim for breach of contract.

   IT IS FURTHER ADJUDGED, ORDERED, AND DECREED that Plaintiff Mary Begole recover from Defendants Ingrid E. Trenkle and Ingrid E. Trenkle, M.D., Inc., jointly and severally, Plaintiff Mary Begole's costs of suit incurred herein of $_____, to be taxed by the Clerk of Court.

   IT IS FURTHER ADJUDGED, ORDERED, AND DECREED that Plaintiff Mary Begole recover from Defendants Ingrid E. Trenkle and Ingrid E. Trenkle, M.D., Inc., jointly and severally, reasonable attorney's fees under 31 U.S.C. § 3730(d)(2), (h)(2) in the amount of $_____.

DATED: December 02, 2011

*(signature)*
Hon. Virginia A. Phillips
Judge of the United States District Court,
Central District of the State of California