UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, EX REL. MARY BEGOLE, M.D., <br><br>　　　　Plaintiff, <br><br>　v. <br><br>INGRID E. TRENKLE, M.D.; AND INGRID E. TRENKLE, M.D., INC., <br><br>　　　　Defendants. | Case No. EDCV 06-01104-VAP (OPx) <br><br>**AMENDED JUDGMENT ON SPECIAL VERDICT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order filed on January 26, 2012, IT IS ORDERED AND ADJUDGED that the Judgment on Special Verdict entered on December 2, 2011, is amended.  The text beginning on page 6, line 18, and continuing through page 7 is stricken and replaced as follows:

　　IT IS ADJUDGED, ORDERED, AND DECREED that the United States of America recover from Defendants Ingrid E. Trenkle, M.D., and Ingrid E. Trenkle, M.D., Inc. the sum

1  of $110,250.00, which represents the damages and
2  penalties properly assessable against Defendants; such
3  damages ($6,750) having been trebled under 31 U.S.C. §
4  3729(a)(1), in connection with the claims for False
5  Claims Act violations under 31 U.S.C. § 3729(a)(1)(A),
6  (B);

8      IT IS FURTHER ADJUDGED, ORDERED, AND DECREED that
9  Plaintiff Mary Begole recover from Defendants Ingrid E.
10 Trenkle, M.D., and Ingrid E. Trenkle, M.D., Inc. the sum
11 of $1,800,000.00, which represents Plaintiff Mary
12 Begole's damages as determined by the jury, such damages
13 having been doubled under 31 U.S.C. § 3730(h)(2), in
14 connection with her claims for retaliatory termination of
15 employment in violation of 31 U.S.C. § 3730(h), wrongful
16 termination of employment in violation of California
17 Labor Code § 1102.5, and wrongful termination of
18 employment in violation of public policy;

20     IT IS FURTHER ADJUDGED, ORDERED, AND DECREED that
21 Plaintiff Mary Begole recover from Defendants Ingrid E.
22 Trenkle, M.D., and Ingrid E. Trenkle, M.D., Inc. the sum
23 of $188,783.00, which represents Plaintiff Mary Begole's
24 damages in connection with her claim for breach of
25 contract;

```
 1        IT IS FURTHER ADJUDGED, ORDERED, AND DECREED that
 2   Plaintiff Mary Begole recover from Defendants Ingrid E.
 3   Trenkle, M.D., and Ingrid E. Trenkle, M.D., Inc.
 4   prejudgment interest in the amount of $84,503.00,
 5   pursuant to 31 U.S.C. § 3730(h)(2).
 6
 7        IT IS FURTHER ADJUDGED, ORDERED, AND DECREED that
 8   Plaintiff Mary Begole recover from Defendants Ingrid E.
 9   Trenkle, M.D., and Ingrid E. Trenkle, M.D., Inc.
10   attorneys' fees in the amount of $489,167.50, pursuant to
11   31 U.S.C. §§ 3730(d)(2), (h)(2).
12
13        IT IS FURTHER ADJUDGED, ORDERED, AND DECREED that
14   Plaintiff Mary Begole recover from Defendants Ingrid E.
15   Trenkle and Ingrid E. Trenkle, M.D., Inc. Plaintiff Mary
16   Begole's costs of suit incurred herein of $_____, to
17   be taxed by the Clerk of Court.
18
19   The Court orders that such judgment be entered.
20
21
22   Dated: January 30, 2012            _____
23                                         VIRGINIA A. PHILLIPS
                                         United States District Judge
```